IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GIORGIO PROUSE,

                                                                 ORDER

                Plaintiff,

                                                    12-cv-644-bbc

   v.

ROBIN THORSEON,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The parties appeared for a hearing in this case on September 12, 2012. Plaintiff participated by telephone from Milan, Italy; his counsel Rhonda Hazen was present in the courtroom; defendant was present in person, with her counsel Kenneth Sipsma. Because Mr. Sipsma had been hired only recently and had not had an opportunity to prepare for the hearing, the parties agreed that the hearing would be continued until September 18, 2012. They agreed as well that the parties' child would not be removed from the state and that defendant would turn over to her counsel any and all passports she has for the child.

      Accordingly, IT IS ORDERED that

      1. The hearing in this case is continued until September 18, 2012 at 2:00 p.m.;

      2. The parties' child is not to be removed from Wisconsin; and

3. Defendant is to turn over to her counsel any and all passports for the parties' child.

Entered this 13th day of September, 2012.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge