IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GIORGIO PROUSE,

                                                                       ORDER

                       Petitioner,

                                                       12-cv-644-bbc

    v.

ROBIN THORESON,

                     Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      At a hearing held on September 18, 2012, the parties presented evidence on the key issue raised in this case: the parties' habitual residence. They asked for an opportunity to brief the issue; the request was granted. With their briefs, the parties are to submit copies of the exhibits entered into evidence at the September 18 hearing. In addition, the parties agreed that the order entered on September 13, 2012 may be amended to permit the parties' daughter to continue her horseback riding lessons, which take place in Illinois.

ORDER

      IT IS ORDERED that the parties are to observe the following briefing schedule:

      Petitioner may have until September 25, 2012 in which to file his brief; respondent may have until October 2, 2102 in which to file a responsive brief; and petitioner may have until October 5, 2012 in which to file a reply brief.

1

FURTHER, IT IS ORDERED that the order entered on September 13, 2012 is AMENDED to provide that the parties' daughter is not to be removed from the state of Wisconsin except to take part in horseback riding lessons in South Beloit, Illinois. In all other respects, the order remains as entered on September 13, 2012.

Entered this 19th day of September, 2012.

>BY THE COURT:
>/s/
>BARBARA B. CRABB
>District Judge