IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GIORGIO PROUSE,

    Petitioner,

v.

ROBIN K. THORESON,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-644-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that petitioner Giorgio Prouse's petition for the immediate return of his daughter to Milan, Italy under the Hague Convention of October 25, 1980 is denied.

By: *[signature]*, Deputy Clerk      10-24-12

Peter Oppeneer, Clerk of Court      Date