IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GIORGIO PROUSE,

    Petitioner,

v.

ROBIN K. THORESON,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-644-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that petitioner Giorgio Prouse's petition for the immediate return of his daughter to Milan, Italy under the Hague Convention of October 25, 1980 is denied.

By: _[signature]_, Deputy Clerk

Peter Oppeneer, Clerk of Court

10-24-12

Date